UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
OCT 29 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs<br><br>CAMERON EMERSON CASEY RANKIN,<br><br>*Defendant* | Case Number: **5:20-MJ-01337-1-HJB** |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, John Joseph Ritenour Jr. , is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.
It is so **ORDERED** this 29th day of October, 2020.

_____
Henry J. Bemporad
U.S. Magistrate Judge