AO 470 (12103) Order of Temporary Detention

**FILED**
OCT 29 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | ORDER OF TEMPORARY DETENTION |
| | § | PENDING HEARING PURSUANT TO |
| vs. | § | BAIL REFORM ACT |
| | § | |
| (1) Cameron Emerson Casey Rankin | § | Case Number: SA:20-MJ-1337 |
| *Defendant* | § | |

Upon Motion of the _____GOVERNMENT_____, it is ORDERED that a

PRELIMINARY / DETENTION HEARING

is set for ___November 4, 2020___ *at ___10:00AM___
              *Date*                    *Time*

before ___United States Magistrate Judge Richard B. Farrer___

in the ___Courtroom A, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX___
              *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)
( _____ )
and produced for the hearing. The Court specifically finds that exceptional circumstances presented by the current health-care crisis involving the ongoing COVID-19 pandemic require a 5-day continuance of the detention hearing.

___29th day of October, 2020___
          *Date*

*/s/ Henry J. Bemporad*
Henry J. Bemporad
UNITED STATES MAGISTRATE JUDGE

---

• If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(t)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(t) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or attempt to threaten, injure, or intimidate a prospective witness or juror.

6/7/2011 Waiver of Preliminary Hearing

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: SA:20-M-01337(1) |
| | § | |
| (1) Cameron Emerson Casey Rankin | § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

_____         _____
**Date**                         **Defendant**

                                 _____
                                 **Name of Attorney for Defendant (Print)**

_____         _____
**Date**                         **Signature of Attorney for Defendant**

6/7/2011 Waiver of Detention Hearing

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | NO:  SA:20-M -01337(1) |
| (1) Cameron Emerson Casey Rankin | § | |

## WAIVER OF DETENTION HEARING

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community. I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.

_____     _____
**Date**                            **Defendant**

                                    _____
                                    **Name of Attorney for Defendant (Print)**

_____     _____
**Date**                            **Signature of Attorney for Defendant**