IN THE UNITED STATES MAGISTRATE COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff | § | |
| | § | CAUSE NO. SA-20-MJ-1337-1-HJB |
| VS. | § | |
| CAMERON E. RANKIN | § | |
| Defendant | § | |

**MOTION FOR CONTINUANCE
OF PRELIMINARY AND DETENTION HEARINGS**

**TO THE HONORABLE HENRY BEMPORAD, UNITED STATES MAGISTRATE
JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:**

COMES NOW John J. Ritenour, Jr., attorney for Cameron E. Rankin, defendant in the above styled and numbered cause, and pursuant Fed R. Crim. P 5.1 and 18 U.S.C. § 3142(f), respectfully moves this Honorable Court for a continuance of the Preliminary and Detention Hearings in above styled and numbered cause until November 11, 2020, and for good cause would show the Court as follows:

I.

The defendant is scheduled for both a preliminary hearing and a detention hearing before this Honorable Court at 10:00 a.m. on Wednesday, November 4, 2020. The defendant was arrested pursuant to a complaint on October 28, 2020. That complaint alleges a violation of 18 U.S.C. §922(g)(4), possession of a firearm by a person who has been adjudicated as a mental defective or committed to a mental institution, an offense carrying a maximum penalty of imprisonment for ten years or more. The Government has moved that the defendant be detained, and contended that no condition or combination of conditions will

reasonably assure the defendant's appearance or the safety of others.

## II.

Undersigned counsel was appointed to represent the defendant on October 29, 2020. On Friday, October 30, 2020, he found the defendant was being detained at the Karnes GEO, in Karnes City, Texas. The earliest counsel was able to schedule an interview with the defendant was 1:30pm on Monday, November 2, 2020. On October 30, 2020, counsel contacted the assigned pretrial services officer and was told the pretrial services report would not be available until Tuesday, November 3, 2020. Counsel has subsequently met with the defendant. From the information available to counsel at this point, and after consultation with the defendant, counsel does not believe he will have time to adequately prepare for the preliminary and detention hearings as currently scheduled. Pursuant to 18 U.S.C. §3142(f)(2)(B) the defendant requests a continuance of five (5) days (not including any intermediate Saturday, Sunday, or legal holiday) of those hearings - to November 11, 2020.

## PRAYER

FOR THESE REASONS, COUNSEL FOR defendant CAMERON E. RANKIN respectfully prays that this Honorable Court will enter its order continuing the Detention Hearing in this matter for a period of five (5) days, (not including any intermediate Saturday, Sunday, or legal holiday), to November 11, 2020.

Respectfully submitted,

    /S/JOHN J. RITENOUR, JR.
JOHN J. RITENOUR, JR.
Texas Bar No.  00794533

The Ritenour Law Firm, P.C.
111 Soledad, Suite 850
San Antonio, Texas 78205
Ofc: (210) 222-0125
Fax:  (210) 222-2467
Email: Ritenourlaw@gmail.com

*Attorney for Defendant*

## CERTIFICATE OF CONSULTATION

This is to certify that the undersigned counsel conferred with Assistant United States Attorney William R. Harris regarding this motion and the government does not oppose it.

    /S/ JOHN J. RITENOUR, JR.

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. William R. Harris, Esq.
United States Attorney's Office, Esq.
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

    /S/ JOHN J. RITENOUR, JR.

# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| **Plaintiff** § | |
| § | **CAUSE NO. SA-20-MJ-1337-1-HJB** |
| **VS.** § | |
| **CAMERON E. RANKIN** § | |
| **Defendant** § | |

## ORDER

On this date came on to be considered the Defendant's *Motion For Continuance of Preliminary and Detention Hearings*, in which he seeks a continuance of said hearings in this criminal matter. The Court will **GRANT** the motion and it is **ORDERED** that the Detention Hearing in this matter is continued to _____, 2020, at _____ o'clock ___.m.

SIGNED on this the _____ day of _____, 2020.

_____
**HENRY BEMPORAD**
**UNITED STATES MAGISTRATE JUDGE**