UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | SA20-MJ-1337 |
| | ) | |
| v. | ) | |
| | ) | |
| CAMERON EMERSON CASEY RANKIN, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Assistant United States Attorney Mark Roomberg will appear as co-counsel for the above-referenced case.

Respectfully submitted,

GREGG N. SOFER
UNITED STATES ATTORNEY

By: _____/s/_____
MARK ROOMBERG
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7150

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing notice of appearance of counsel was electronically filed with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing to appropriate counsel of record

/S/
_____
MARK ROOMBERG
Assistant United States Attorney