FILED

UNITED STATES DISTRICT COURT

NOV 18 2020

WESTERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY CLERK

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | I N D I C T M E N T |
| CAMERON EMERSON CASEY RANKIN | [Violation: 18 U.S.C. § 922(g)(4), Possession of Firearm by Prohibited Person] |

THE GRAND JURY CHARGES:

**SA-20-CR-541-JKP**

COUNT ONE
[18 U.S.C. § 922(g)(4)]

On or about October 28, 2020, in the Western District of Texas, the Defendant,

CAMERON EMERSON CASEY RANKIN,

knowing that he had been committed by judicial order to a mental institution, did knowingly possess a firearm, to wit: a Rapid Fire RFG223 Caliber 5.56, Serial Number RFG00979, said firearm having been shipped in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(2).

**NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE**
[*See* **Fed. R. Crim. P. 32.2**]

I.
**Firearms Violation and Forfeiture Statutes**
[18 U.S.C. § 922(g)(4), subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by 28 U.S.C. § 2461(c)]

As a result of the criminal violation set forth in Count One, the United States gives notice to Defendant CAMERON EMERSON CASEY RANKIN of its intent to seek the forfeiture of the properties described below upon conviction pursuant to Fed. R. Crim. P. 32.2 and 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by 28 U.S.C. § 2461(c). Section 924 states in

pertinent part:

### Title 18 U.S.C. § 924. Penalties

> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter...

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

1. Rapid Fire RFG223 Caliber 5.56, Serial Number RFG00979; and
2. Any firearms, ammunition, and/or firearm accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

███████████████

FOREPERSON

GREGG N. SOFER
United States Attorney

WILLIAM HARRIS
Digitally signed by WILLIAM HARRIS
Date: 2020.11.09 17:03:57 -06'00'

WILLIAM R. HARRIS
Assistant United States Attorney