PROB 35

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

**FILED**

August 22, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ MAM _____

DEPUTY

# UNITED STATES DISTRICT COURT

FOR THE

Western District of Texas

UNITED STATES OF AMERICA

v.

CAMERON EMERSON CASEY RANKIN

Crim. No.   5:20-CR-00541-JKP(1)

On December 8, 2021, the above-named Defendant was sentenced in the above numbered cause to a term of twenty-four (24) months imprisonment with credit for time served, followed by three (3) years supervised release, for the offense of Possession of Firearm by Prohibited Person in violation of Title 18 U.S.C. § 922(g)(4).   On July 11, 2022, the Defendant released from federal custody and began service of the term of supervised release which was scheduled to be in effect until July 10, 2025. The probation officer now reports that the supervised releasee has complied with the terms and conditions of supervision and is no longer in need of any type of Court supervision.  Pursuant to Title 18 United States Code § 3583(e)(1), the U.S. Probation Officer Assistant recommends that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
Juan Diego Salcido
United States Probation Officer Assistant

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision of the United States Probation Office and that the proceedings in the case be terminated.

Dated this    22nd    day of    August    ,    2024    .

_____
Jason K. Pulliam
United States District Judge